**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*main:* *(973) 645-2700*
*direct:* *(973) 297-2029*

November 18, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Alcime v. Blanche, et al.*, Civ. No. 26-14570 (CCC)**
**Petitioner's Anticipated Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 7:45 a.m. on November 18, 2026, under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to quickly resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (*via electronic notification*)

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/19/2026